■ BALEN DEVELOPING CORP., Appellant, v AMERICAN HOME ASSURANCE COMPANY et al., Respondents.—In an action on various policies of fire insurance, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered April 21, 1975, which is in favor of defendants, after a nonjury trial. Judgment affirmed, with costs, upon the opinion of Mr. Justice Simon Leibowitz at Trial Term. In addition, this court notes that the evidence supports a finding that the hazard was increased by a means within the knowledge of the insured. Moreover, at the trial, plaintiff proceeded on the theory that the buildings in question were occupied and not abandoned. It may not at this time contend that the buildings were in part abandoned, to the knowledge of the defendants. Hopkins, Acting P. J., Martuscello, Damiani and Suozzi, JJ., concur.

■ THERESA BARTOLO, Respondent, v MICHAEL BARTOLO, Appellant.—In a matrimonial action in which the plaintiff wife had been awarded a judgment of divorce, defendant appeals from so much of an order of the Supreme Court, Queens County, dated February 4, 1976, as denied the branch of his motion which sought resettlement of that judgment with respect to the child support provisions contained therein. Order affirmed insofar as appealed from, with $50 costs and disbursements. The judgment of divorce clearly states that the amount of $100 per week shall be paid by the defendant for child support. The defendant's claim that the judgment was intended to read that $50 per week was to be for the support of both children and $50 per week for the support of plaintiff, payment of the latter amount to cease upon her remarriage, is unsupported by the record. Gulotta, P. J., Hopkins, Martuscello and Suozzi, JJ., concur.